UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-4471
_____

IN RE THE HONORABLE LEON A. KENDALL,

Petitioner
_____

On Writ of Certiorari to the Supreme Court
of the Virgin Islands
Supreme Court Misc. No. 2009-0025

Argued December 6, 2012

Before: SMITH, HARDIMAN, and ROTH, *Circuit Judges*

(Filed: April 3, 2013)

_____

ORDER

_____

The opinion of this Court filed on April 3, 2013 is AMENDED on page 25 as follows: The year in the citation to *In re Judicial Misconduct*, 632 F.3d 1289, 1289 (9th Cir. Jud. Counc. 2001) (Kozinksi, C.J., sitting alone), which appears on page 25, is amended to read "2011."

By the Court:

/s/ D. Brooks Smith
U.S. Circuit Judge

DATED: April 16, 2013
NMR/cc:    Howard M. Cooper, Esq.
           Joshua C. Gillette, Esq.
           Julie E. Green, Esq.
           Samuel H. Hall, Esq.
           Lawrence S. Lustberg, Esq.